# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-1137

_____

ERNEST M. FLOWERS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

June 20, 2018

PER CURIAM.

DENIED.

B.L. THOMAS, C.J., and ROWE, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ernest M. Flowers, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.